THE TUROCI FIRM
Todd L. Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
Celine Gaston (State Bar No. 290901)
3845 Tenth Street
Riverside, CA 92501
Telephone: (951) 784-1678
Facsimile: (866) 762-0618
Email: mail@theturocifirm.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:

SHERMAN ALONZO FISHER and
ANN MARIE FISHER,

Debtors.

)
)
) Chapter: 13
) Case No. 6:18-bk-10746-SY
)
) **OPPOSITION TO TRUSTEE'S MOTION**
) **FOR ORDER DISMISSING CHAPTER 13**
) **PROCEEDING (DELINQUENCY) AND**
) **RERQUEST FOR HEARING**
)
)
)  **Date:** February 5, 2019
)  **Time:** 1:30 p.m.
) **Courtroom:** 302
) **Location:** United States Bankruptcy Court
)  3420 Twelfth Street
)  Riverside, CA 92501
)
)

TO THE HONORABLE SCOTT YUN UNITED STATES BANKRUPTCY JUDGE; CHAPTER 13 TRUSTEE, and all other interested parties:

NOTICE IS HEREBY GIVEN that on February 5, 2019, at 1:30 P.M. in Courtroom 302 of the United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, CA 92501, Debtors, Sherman & Ann Fisher will oppose the Chapter 13 Trustee's Motion to Dismiss dated

January 7, 2019 (Docket No. 44) on the basis that debtors will bring chapter 13 plan payment current prior to the hearing set forth above.

THEREFORE, for the reason set forth above, Debtors respectfully requests that the Court deny the Chapter 13 Trustee's Motion for Order Dismissing Chapter 13 Case.

Dated: January 22, 2019                                **THE TUROCI FIRM**

By: /s/ Todd Turoci
Todd Turoci, Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3845 Tenth Street**
**Riverside, CA 92501**

A true and correct copy of the foregoing document described as **OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (DELINQUENCY) AND RERQUEST FOR HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/22/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Adam N Barasch    anb@severson.com, dgl@severson.com;nye@severson.com
- Karen Borgmann    Karen.borgmann@jcap.com
- Rod Danielson (TR)    notice-efile@rodan13.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Valerie Smith    claims@recoverycorp.com
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **01/22/2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Yun
United States Bankruptcy Court
3420 Twelfth Street, Ctrm. 302
Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/22/2019 | Jolene Flores | /s/ Jolene Flores |
|---|---|---|
| Date | Type Name | Signature |